**Dion YOUNG, Appellant,**

v.

**STATE of Missouri, Respondent**

**WD 76099**

Missouri Court of Appeals,
Western District.

Order filed: November 12, 2014

Erika R. Eliason, Columbia, for Appellant

Shaun Mackelprang, Jefferson City, for Respondent

Before Division Three: Gary D. Witt, Presiding Judge, Joseph M. Ellis, Judge and Thomas H. Newton, Judge

### *ORDER*

PER CURIAM:

Dion Young appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for

our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**